**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

| | |
|---|---|
| WELLS FARGO BANK, N.A., | : No. 804 MAL 2014 |
| | : |
| Respondent | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| v. | : |
| | : |
| | : |
| | : |
| ROBERT G. BURCHILL, | : |
| | : |
| Petitioner | : |

## ORDER

**PER CURIAM**

　　**AND NOW**, this 11th day of February, 2015, the Petition for Allowance of Appeal is **DENIED**.